# CHARLES J. DeHART III
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

January 12, 2010

Clerk, U.S. Bankruptcy Court

RE: Mollie B Slyder
    Bankruptcy Case No. 1-06-02660
    Unclaimed Funds For: Citifinancial
        PO Box 6931
        The Lakes NV 88901-6931
        Check No. 761392 for $48.06
        Check No. 761391 for $1,421.58



FILED   HARRISBURG PA

JAN 1 2 2010

Clerk, U.S. Bankruptcy Court

Dear Clerk:

Enclosed herewith please find the above checks drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

Carol A. Kreider
Funds Manager

attn: Deb